CLARK W. LINZEY, as Administrator of .the Estate of NILE LINZEY, Deceased, Respondent, *v.* AMERICAN ICE COMPANY, Appellant.

*Linzey* v. *American Ice Co.,* 131 App. Div. 333, affirmed.
(Argued January 25, 1910; decided February 8, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*A. T. Clearwater* for appellant.

*Frank H. Osborn* and *William W. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.